IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CANAL INSURANCE COMPANY                                PLAINTIFF

v.                    No. 4:23-cv-1029-DPM

MARVIN PATTERSON and GEORGE
PATTERSON                                              DEFENDANTS

ORDER

Marvin and George Patterson were in a single-vehicle accident in Marvin's company truck while on company business. Marvin was driving. Canal insured the truck. George sued Marvin in a Mississippi state court, saying he was injured in the accident. In turn, Canal has sued the Pattersons here, seeking a declaratory judgment that it owes no duty to defend or indemnify in the state case. Marvin's commercial auto insurance policy contained certain unambiguous exclusions, including one about bodily injury to employees acting within the scope of their employment. *Doc. 1 at 47-48*. Marvin and George were acting within the scope of their employment when they crashed—so no coverage. Because it was a single-vehicle accident, the policy's uninsured-motorists coverage wasn't triggered. *Doc. 1 at 61*. No coverage there, either. Marvin and George haven't contested these material facts; and Canal is entitled to judgment as a matter of law. *Lansing v. Wells Fargo Bank, N.A.*, 894 F.3d 967, 971 (8th Cir. 2018).

Because Canal only seeks a declaratory judgment, no hearing on damages is needed. *Stephenson v. El-Batrawi*, 524 F.3d 907, 915 (8th Cir. 2008). Motion, *Doc. 23*, granted.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

22 April 2025

-2-