IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CANAL INSURANCE COMPANY                                              PLAINTIFF

v.                             No. 4:23-cv-1029-DPM

MARVIN PATTERSON and GEORGE
PATTERSON                                                          DEFENDANTS

## JUDGMENT

Canal Insurance Company has no duty to defend or indemnify Marvin Patterson or George Patterson under auto policy number I-557933001-2 in connection with the 17 December 2021 accident or *George Patterson v. Marvin Patterson et al.*, No. 2022-0159 (Circuit Court of Tunica County, Mississippi).

_____
D.P. Marshall Jr.
United States District Judge

22 April 2025