**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**CANAL INSURANCE COMPANY** **PLAINTIFF**

**v.** **No. 4:23-cv-1029-DPM**

**MARVIN PATTERSON and**
**GEORGE PATTERSON** **DEFENDANTS**

## ORDER

The unopposed motion, *Doc. 42*, is granted as modified. A Second Amended Final Scheduling Order will issue. Given the age of the case and the length of the extension and continuance, no further extensions will be granted absent extraordinary circumstances.

So Ordered.

D.P. Marshall Jr.
United States District Judge

4 November 2026